IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

14 MAR 31 AM 10:40

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

Mike Allen )
1301 S. Ida )
Wichita, KS 67211 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. )  Case Number: 14-CV-1097-EFM-KGG
)
Walden University )
Name )
100 Washington Ave. S. # 900 )
Street and number )
Minneapolis, MN 55401 )
City    State    Zip Code )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff  Mike Allen

     Address  1301 S. Ida

              Wichita, KS 67211

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Walden University is

employed at 100 Washington Ave. South, Suite 900 Minneapolis, MN 55401

C. Additional Defendants George Larkin (Director of Program).

John Gilbert (Mentor).

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Kansas .

2. The first-named defendant above is either

a. a citizen of the State of _____; or

b. a corporation incorporated under the laws of the State of Minnesota and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of Minnesota ; or

b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

    _____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

    ✓ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

    ✓ 3. Other grounds (specify and state any statute which gives rise to such grounds):

> The Plaintiff is a victim of a discrimination based on national origin. ~~Federal laws prohibit discrimination based on a person's national origin.~~ Defendants at Walden Unversity, and/or unknown faculty having access to the graduate's score webpage, deliberately
>
> violated the plaintiff's rights and privileges to recover damages to his reputation, and acted in a manner that support the deprivation of his rights and privileges to better himself as a citizen of the United States. The defendants deliberately set the circumstances to dismiss the Plaintiff from the PhD program, and created a hostile learning environment for him.

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

> Program: PhD Public Policy and Administration.
>
> Course Name and Number: Governance and Public Policy (8112-5)
>
> The grade received for course 8112 is not in line with Plaintiff's GPA (3.66) as a graduate with a Master in Public Administration. The mentor/s deliberately omitted the grade of one application in the aforementioned course. According to Mr. Gilbert, it was requested of the graduate in a message (left on the newly used software known as the blackboard) to rewrite Application 4, this was when Application 4 had 0 points, and Application 5 had 9 points. The plaintiff was not aware of such message. When plaintiff became aware of the message and rewrote Application 4, unknown mentor/s altered the points. Application 4 was changed to 9 points, and Application 5 was reduced to 0 points. Following that, Mr. Gilbert requested from the plaintiff that he rewrites Application 5 (Exhibit 2).

3

When that was accomplished, Mr. Larkin became involved, and asked unknown faculty members to grade Application 5; however, they issued a failing grade. Mr. Larkin had a prior issue of ignoring plaintiff's email messages to him (Exhibit 3). The faculty at the School of Public Policy (Walden University) has experienced the "group think" aspect regarding this situation. Mr. Gilbert did not calculate the final grade on the merit of all applications that were turned in before the deadline. This practice was not in keeping with academic standards. Mr. Gilbert along with unknown techs in the tech department blocked the plaintiff's attempts to appeal this grade formally with Walden University. Exhibit (1, 4) showed the error message that none of the adviors were able to correct for the last 8 months. This grade brought Plaintiff's GPA below 3.0, and effectively called for his illegal remaoval from the program.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Dismissal from the program will delay plaintiff's graduation from another academic institution by one year. Averge annual salary of a PhD is $ 75,000.00
Judgement sought: $ 75,000.00

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ ] No [✓]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓] No [ ]

VII. Do you claim punitive monetary damages? Yes [✓] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Requested relief: $ 20.000.00 for damages to plaintiff's confidence, self esteem, and for wasted time and effort spent in the PhD program. Plaintiff was disregarded by faculty members at The School of Public Policy-Walden University (Exhibit 3). The School of Public Policy has a culture problem. Plaintiff is a US citizen of Syrian decent. Plaintiff has repeatidly pointed out such problem via email to President of Walden University, Dr. Cynthia Baum, without receiving one response from her. Plaintiff is an Alumnus, he has an MPA, and is capable of finishing the PhD program. Plaintiff would rather file this case and be disliked than disrespected by the faculty at Walden University.

4

VIII. Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

<u>Discrimination complaint was filed with the Office for Civil Rights, US Department of Education as of March 29, 2014. The outcome of the filing is expected in the next 45 days. The complaint was filed on line as instructed.</u>

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

    _____    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

    _____    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Mike Allen* (signature)
Signature of Plaintiff

Mike Allen
Name (Print or Type)

5

1301 S. Ida
Address

Wichita, KS 67211
City State Zip Code

(785)380-6212
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☑Wichita, ☐Kansas City or ☐Topeka, Kansas as the location for the
(check one location)
trial in this matter.

*Mike Allen*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☐yes ☑no.
(check one)

*Mike Allen*
Signature of Plaintiff

Dated: 03/31/2014
(Rev. 8/07)

## Additional Information

Most online colleges operate with some measure of flexibility. Their faculty understand that technical problems and glitches are a part of their software system. Walden University has deliberately failed the plaintiff. Walden tech employees and advisors have blocked the plaintiff's attempts to file a formal appeal for the last 8 months (Exhibit 1, 4). The system error message is still the same today as it was 8 months ago. The plaintiff has turned in over a hundered Applications on time since he started at Walden University. The majority of them received high scores. Faculty members including advisors have been counterproductive when it came to resolving this issue. Aside from the fact that these practices are provocative and not in keeping with academic standards, Federal laws prohibit discrimination based on a person's national origin or race. The plaintiff is a US citizen of Syrian decent.

The case of altering score points on the graduate's score sheet along with other issues represent a pattern of discriminatory practices at The School of Public Policy-Walden University. Plaintiff contacted Mr. Larkin, the director of the program via phone and email prior to this incident (December, 2012). The plaintiff waited almost two months without a response from Mr. Larkin. Eventually, Mr. larkin responded to the plaintiff's e-mail with a nickname (Dick) printed in a large font and highlighted in colors (Exhibit 3). This was perceived as an odd behavior coming from a faculty member such as a director of graduate school. Mr. Larkin has created a hostile learning environment for the plaintiff. Staff members at the School of Public Policy were likely influenced by this odd behavior. The dilemma which arised from the final grade in course 8112-5 is related to such behavior.

Other issues of privacy remained. Walden university has no respect for individual privacy. The enrollment advisor, Kathryn Mitson, told the plaintiff that their staff want to know everything about the plaintiff during a telephone conversation (while admitting the plaintiff to the PhD program). This meant that Walden University was about to collect all information related to plaintiff's web searches. Plaintiff did not object and had nothing to hide. Having experienced the discriminatory practices stated in this case, plaintiff will use this petition to withdraw any indirect consent that he may have given Walden University to utilize illegal software piracy over his Internet Protocol Address. Plaintiff will also ascertain Kansas State laws that prohibit the recording of Kansans' telephone conversations without a written consent from them.