*Received in chambers 4-11-2014*

Mike Allen
1301 S. Ida
Wichita, KS 67211

Dear Presiding Judge,

I'm writing to you about this case to clarify a number of issues. Being aware that a college grade issue is handled at the institution's level; this case made it to court because an effective leadership at the School of Public Policy is lacking. The actions taken by an elusive faculty member at Walden University have not been corrected. It took a small fortune to get through the PhD Program. It is worth noting that I have maintained a (3.5) GPA for 8 years at Walden University and no Scholarship money has been approved throughout the program. I was about to do my dissertation when removed from the program. As indicated in the Civil Complaint, a faculty member altered my points on the score webpage in course 8112-5, and set off this course of events. Walden University has failed to correct this situation for 8 months.

I'm a US citizen who lived in Wichita, Kansas for 31 years. I'm part of this community and lucky to have met and known many Native Americans. It's clear from my perspective that the offensive action made by a Walden staff member would not have taken place had I been a Native American. That is why I'm seeking Justice due to discrimination based on national origin.

It takes a highly callous person to experience this major setback without having to react to it. Bullying is a major problem in academic institutions, and it is clearly not confined to public schools or lower community colleges.

Respectfully,
Mike Allen.

*[signature]*

*Case # 14-CV-1097*

Student Records cog@waldenu.edu                                  Mar 18

to me

ID: A00067544
Mike Allen
PHD_PPPA_CRS


Dear Mike,

This notification serves to inform you that you have been withdrawn from Walden University, effective 3/3/14. The reason for this action is that you have not complied with the Academic Progress policy as stated in the 2013-2014 Walden University Catalog for your program.

Please note that the Academic Advising office has emailed an official letter detailing the reasons for this action. If you should have questions or concerns regarding the information provided in that letter, please contact your Academic Advisor. Students who receive an academic dismissal and are eligible for readmission may be readmitted to the university after **one semester (for semester-based programs) or one quarter (for quarter-based programs) following the term of dismissal**, at the discretion of the college or school and the Office of Admissions.

If you should have questions regarding this notification, please do not hesitate to contact the Registrar's Office or your Academic Advisor.

Regards,

Student Records Team
Registrar's Office
Walden University
650 S. Exeter Street.
Baltimore, MD  21202
withdrawals@waldenu.edu
1-800-925-3368 option 2
www.waldenu.edu

MIKE ALLEN
1301 S. IDA
WICHITA KS 67211

WICHITA KS 670
10 APR 2014 PM 3 L

Judge Melgren
401 N. Market # A14
WICHITA, KS 67202