14-1097

Plaintiff is in receipt of the Recommendation for Dismissal. Plaintiff has never filed an application for leave with this court. Plaintiff hereby requests to file a Motion-to-Proceed in Case No. 14-CV-1097 for the following reasons:

1. Plaintiff is unemployed. He has been living on public assistance (State of Kansas, 01605846) for the last 12 months (Exhibit 10).

2. Plaintiff is highly educated, but without a PhD. He is dismissed from the PhD program before dissertation. Plaintiff is a graduate of the Master Program (MPA) provided by Walden University with a GPA of 3.71 (Exhibit 9). Such high GPA makes plaintiff's dismissal from the program suspect and proves discriminatory.

3. The School of Public Policy at Walden University has a prejudiced and deranged faculty member accused of manipulating Plaintiff's score points during the 4th and 5th week in each of the courses (8111, 8112, and 8115-PhD program). Such prejudice has placed them at odds with plaintiff's notable academic success. The US Department of Education has Plaintiff's complaint (OCR Docket #05-14-2368, Exhibit 11) on file.

4. Walden University has deliberately failed the plaintiff in the PhD program. It condones some of its faculties' aggressive and downright manipulations. Plaintiff, who is a law abiding naturalized US citizen for the last 31 years, has experienced a hostile environment At Walden University where the defendant's abusive actions called for plaintiff's illegal dismissal from the program. The Department of Education, Office for Civil Rights (OCR) enforces Title VI of the Civil Rights Act of 1964, which prohibits discrimination on the basis of race, color or national origin (OCR Docket #05-14-2368, Exhibit 11).

5. Plaintiff will accommodate the court's request to reestablish entitlement to monetary relief. Such relief will be sought only in the case of defendant's refusal to reinstate plaintiff in the program, or to correct his academic standing (GPA), and remove all hostile elements from its staff. Walden University has failed to identify and remove such hostile elements from its staff up to date. The defendant, Walden University, is a private, for-profit, on-line university, and in agreement with such discriminatory practices to get graduates to repeat as many courses as possible. The defendants in this case have derailed plaintiff's progress despite his high GPA (3.71). Plaintiff will seek monetary relief of tuitions paid towards the PhD program. A total number of 15 credits have been completed. Tuition per credit: $ 415.00 (Exhibit 5).

   Cost of tuition: 15 (415) = $6225.00

   Un-transferrable credits to take the program elsewhere: 15 (415) = $6225.00 (Program of Study, Exhibit 5).

   Total requested relief: $ 12,450.00.

6. Emotional Distress in the amount of $ 20.000.00: For damages to plaintiff's confidence, credibility, and for erroneous and discriminatory practices that are not in keeping with academic standards. The graduate School of Public Policy has a culture problem where a small number of its faculty members have become the authors of their own failure.

The graduate School of Public Policy at Walden University has reduced Public Administration to absurd arguments that mimic "bullying" in grade schools and lower community colleges.

Mike Allen.

*[signature]*

**FILED**
U.S. District Court
District of Kansas

JUN - 9 2014

Clerk, U.S. District Court
By_____ Deputy Clerk

# EXHIBIT SHEET

Case No:                                    Plaintiff/Defendant Exhibits

| No. | Description | I.D. | Off. | Adm. | Deposition or Witness |
|-----|-------------|------|------|------|------------------------|
| 1 | Communication with Tech Department. | | | | |
| 2 | Communication with John Gilbert. | | | | |
| 3 | Communication with Dr. Baum regarding Mr. Larkin. | | | | |
| 4 | Communication with Advisors. | | | | |
| 5 | Tuition Cost. | | | | |
| 6 | Communication with Dr. Gordon regarding Mr. Liesner. | | | | |
| 7 | Communication with The Office for Civil Rights. | | | | |
| 8 | Dismissal from the program. | | | | |
| 9 | MPA, GPA (3.71). | | | | |
| 10 | Public Assistance document. | | | | |
| 11 | Complaint with Office for Civil Rights. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Exhibit 8**

**Student Records <cog@waldenu.edu>**

to me

ID: A00067544

Mike Allen

PHD_PPPA_CRS

Dear Mike,

This notification serves to inform you that you have been withdrawn from Walden University, effective 3/3/14. The reason for this action is that you have not complied with the Academic Progress policy as stated in the 2013-2014 Walden University Catalog for your program.

Please note that the Academic Advising office has emailed an official letter detailing the reasons for this action. If you should have questions or concerns regarding the information provided in that letter, please contact your Academic Advisor. Students who receive an academic dismissal and are eligible for readmission may be readmitted to the university after **one semester (for semester-based programs) or one quarter (for quarter-based programs) following the term of dismissal**, at the discretion of the college or school and the Office of Admissions.

If you should have questions regarding this notification, please do not hesitate to contact the Registrar's Office or your Academic Advisor.

Regards,

Student Records Team

Registrar's Office

Walden University

650 S. Exeter Street.

Baltimore, MD 21202

withdrawals@waldenu.edu

1-800-925-3368 option 2

www.waldenu.edu

**Exhibit 9**



# WALDEN UNIVERSITY

*A higher degree. A higher purpose.*

**TRANSCRIPT OF ACADEMIC RECORD**

**Page:** 1

TouchSafe®

Patent #5,836,874

**Student ID:** A00067544

**Record of:** Mike Allen
1301 IDA
N/A
WICHITA, KS 67211

**Issued To:** Mike Allen
N/A
1301 S Ida St
Wichita, KS 67211-3418

**Date Issued:** 25-JUL-2013
**Date of Birth:** 13-DEC
**SSN:** ***-**-4411
**Former Names:**

TRANSCRIPT HAS AN ENCRYPTED NaNOcopy™ BACKGROUND · THE WORD COPY APPEARS WHEN PHOTOCOPIED

TOUCH OR BREATHE ON TOUCHSAFE® FINGERPRINT TO VALIDATE

Student Status: Leave of Absence

Program: Doctor of Philosophy PPA
Major: Public Policy and Administrat
Minor: _
Specialization/Conc: Policy Analysis
Program GPA: 2.50
Program Status: In Progress

Degree Received: Master of Public Admin
Date Conferred: 26-AUG-12
Program: Master of Public Admin
Major: Public Administration
Minor: _
Specialization/Conc: Public Policy
➤ Program GPA: 3.71
Program Status: Degree Received

INSTITUTION CREDIT:

2007 Fall Qtr 09/04-11/25

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6000 | Foundations of Graduate Study | 6.00 | 6.00 | 18.00 | B | I |

TERM: Ahrs:6.00  Ehrs:6.00  GPA-Hrs:6.00  QPts:18.00  GPA:3.00

2007 Winter Qtr 12/03-02/24

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6220 | Prin of Public Admin | 6.00 | 0.00 | 0.00 | W | |

TERM: Ahrs:6.00  Ehrs:0.00  GPA-Hrs:0.00  QPts:0.00  GPA:0.00

2008 Spring Qtr 03/03-05/25

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6220 | Prin of Public Admin | 6.00 | 6.00 | 24.00 | A | |

TERM: Ahrs:6.00  Ehrs:6.00  GPA-Hrs:6.00  QPts:24.00  GPA:4.00
*************** Institution Information continued ***************

2008 Summer Qtr 06/02-08/24

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6240 | Cultural Competency | 2.00 | 2.00 | 8.00 | A | |
| MMPA | 6275 | Human Resource Management | 4.00 | 4.00 | 12.00 | B | |

TERM: Ahrs:6.00  Ehrs:6.00  GPA-Hrs:6.00  QPts:20.00  GPA:3.33

2008 Fall Qtr 09/02-11/23

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6210 | Managing at the Boundaries | 6.00 | 6.00 | 18.00 | B | |

TERM: Ahrs:6.00  Ehrs:6.00  GPA-Hrs:6.00  QPts:18.00  GPA:3.00

2008 Winter Qtr 12/01-02/22

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6230 | Prof Ldrsp and Ethics | 4.00 | 0.00 | 0.00 | W | |

TERM: Ahrs:4.00  Ehrs:0.00  GPA-Hrs:0.00  QPts:0.00  GPA:0.00

2009 Summer Qtr 06/01-08/23

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6265 | Org Theory and Behavior | 4.00 | 4.00 | 16.00 | A | |

TERM: Ahrs:4.00  Ehrs:4.00  GPA-Hrs:4.00  QPts:16.00  GPA:4.00

2009 Fall Qtr 09/08-11/30

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|------|------|--------------|------|------|-----|-----|---|
| MMPA | 6300 | Strategic Mgmt of Information | 4.00 | 4.00 | 12.00 | B | |

TERM: Ahrs:4.00  Ehrs:4.00  GPA-Hrs:4.00  QPts:12.00  GPA:3.00

*************** Institution Information continued ***************

RAISED SEAL IS NOT REQUIRED

*Eve Dauer*

# Walden University, Office of the Registrar

Academic Offices: 100 Washington Avenue South, Suite 900, Minneapolis, MN 55401 (800) 925-3368
Business Offices: 650 South Exeter Street, Baltimore, MD 21202 (800) 925-3368, Option 2; Fax (410) 843-6416

## Transcript Guide

### Accreditation
Walden University is accredited by The Higher Learning Commission of the North Central Association of Colleges and Schools, 230 South LaSalle St., Suite 7-500, Chicago, Illinois 60604-1411, (312) 263-0456.

### Release of Information
This educational record is subject to the Family Educational Rights and Privacy Act (FERPA) of 1974. It is furnished for official use only and may not be released to or accessed by outside agencies or third parties without the written consent of the student concerned. Students may obtain copies of their academic records through the Office of the Registrar by written request only. All financial obligations to the Walden University must be fulfilled before an official transcript can be issued.

### University Grading System
All grades on the Walden University transcript are on a 4.0 grading system. Satisfactory/Unsatisfactory grades may be limited to the following courses/seminars: Non-Credit, Foundations, Research Sequence, Writing Intensive, Practicum and Internship, Research Forum, Residency, Thesis, Dissertation, and Doctoral study.

Graduate students must earn the equivalent of a "B" or better to be awarded a grade of "S". Undergraduate students must earn the equivalent of a "C" or better to be awarded a grade of "S".

Through August 1996, the Ph.D. Program in Professional Psychology utilized grades of "S", "RC", and "NC" for all courses. After this date, the program adopted the 4.00 letter grade scale outlined below.

Residencies are required components of some graduate programs. Residencies appear as earned hours with one day of Residency reflecting one earned credit.

*Grades below count toward credits attempted:*

| Grades | Definition | | Grade Points |
|---|---|---|---|
| | **Grad** | **Undergrad** | |
| A | Superior | Superior | 4.00 |
| A-† | | | 3.75 |
| B+† | Satisfactory | Above Average | 3.50 |
| B | | | 3.00 |
| B-† | | | 2.75 |
| C+† | Marginal | Average | 2.50 |
| C* | | | 2.50 |
| C | | | 2.00 |
| C-† | Fail | Marginal | 1.75†† |
| D+† | | | 1.50†† |
| D | | | 1.00†† |
| D-† | | | 0.75†† |
| F | Fail | | 0.00 |
| P | Pass | | 0.00 |
| S | Satisfactory | | 0.00 |
| U | Unsatisfactory | | 0.00 |
| W | Withdrawal | | 0.00††† |
| WR | Retroactive Withdrawal | | 0.00 |
| TR | Transfer of Credit | | 0.00 |
| I | Incomplete | | 0.00 |
| NC | No Credit | | 0.00 |
| RC | Research Continuing | | 0.00 |
| CIP | In Progress: Student is in the process of completing a course. | | 0.00 |

*\*Accelerate into Master's indicates the course cannot be used at Master's Level.*
*†Plus/minus grades are used for NTU grading only.*
*††Does not count for credit hours completed at Grad Level.*
*†††Prior to Fall 2007 (Graduate) and prior to Fall 2008 (Undergraduate) did not count toward credits attempted.*

*Notations below do not count toward credits attempted:*

| Notation | Definition |
|---|---|
| AU | Audit |
| NP | No Participation |

*Prior to Fall 2006, NP counted toward credits attempted.*

### Course Numbering System:

| | |
|---|---|
| 0001-0999 | Fundamental Level Courses |
| 1000-1999 | Undergraduate Level & Residency Courses |
| 2000-2999 3000-4999 | Undergraduate Level Courses |
| 5000-5999 | Accelerate into Master's Masters Level Courses |
| 6000-6999 | Masters Level Courses |
| 7000-7999 | Specialist Degree Courses |
| 8000-9000 | Doctoral Level Courses |

### Calendar
In September 1995, Walden University began offering coursework in semester credits and quarter hour formats. Prior to September 1995, all coursework was offered in quarter hours. The University calendar offers 4 quarters of study (Fall, Winter, Spring, and Summer) and 3 semesters of study (Fall, Spring, and Summer). *Courses extend beyond the standard term.

### Program GPA
As of June 5, 2009, Walden University began calculating a program GPA for all current students. All courses completed during a student's program apply toward the program GPA. All courses taken in that program apply toward the student's university program GPA. Prior to June 5, 2009, the GPA comprised all courses taken at the student degree level.

### Accelerate into Master's
Accelerated undergraduates courses containing Master's Level content satisfies Bachelor's degree requirements and with a "B" or better can be applied to a Master's program. A grade of a C* can only apply toward a Bachelor's degree.

### Course Repeats
An "E" notation next to a course indicates this course has been repeated and is excluded from the GPA calculations. An "I" notation next to a course indicates this course has been repeated and is included in the GPA calculations.

### Bachelors Renewal Policy
Academic Renewal allows all the courses (including passing grades) for up to two consecutive terms, to be removed from the GPA calculation. The courses are not removed from the academic record; the transcript will reflect the actual courses and grades. Only the GPA will be adjusted.

### Transcripts from Walden University
Walden University maintains multiple student record systems. Transcripts for student records crossing multiple systems may appear in different formats.

### National Technological University
National Technological University (NTU) merged with Walden University in January 2005.

TO TEST FOR AUTHENTICITY: The face of this document has a teal background and the name of the institution appears in print that will change color or density when touched, rubbed or breathed on. Apply liquid bleach to the document. If authentic, the paper will turn color.

CUSTOM STEP 4 REPEAT • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY •
Also note this *SafeGuard®* security paper is watermarked.
Hold up to transit light to verify.
Note the TouchSafe® verification seal.
Note the Registrar's Signature is printed in an anti-copy ink that will distort or disappear when photocopied.
ADDITIONAL TEST: When photocopied in color or black and white, the word "COPY" appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.
U.S. Security Patents:   5.636.874, 6.396.927, 6.692.030

WWW.ISP-VFT.COM  Ref# 114071          Made in the USA.



# WALDEN UNIVERSITY

*A higher degree. A higher purpose.*

**TRANSCRIPT OF ACADEMIC RECORD**

**Page:** 2

TouchSafe®

Patent #5,636,874

**Student ID:** A00067544

**Record of:** Mike Allen
1301 IDA
N/A
WICHITA, KS 67211

**Issued To:** Mike Allen
N/A
1301 S Ida St
Wichita, KS 67211-3418

**Date Issued:** 25-JUL-2013
**Date of Birth:** 13-DEC
**SSN:** ***-**-4411
**Former Names:**

---

Student Status: Leave of Absence

Program: Doctor of Philosophy PPA
Major: Public Policy and Administrat
Minor: _
Specialization/Conc: Policy Analysis
Program GPA: 2.50
Program Status: In Progress

Degree Received: Master of Public Admin
Date Conferred: 26-AUG-12
Program: Master of Public Admin
Major: Public Administration
Minor: _
Specialization/Conc: Public Policy
Program GPA: 3.71
Program Status: Degree Received

---

2009 Winter Qtr 12/07-02/28

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6381 | Prog Public Policy & Eval | 4.00 | 4.00 | 16.00 | A |

TERM: Ahrs:4.00  Ehrs:4.00  GPA-Hrs:4.00  QPts:16.00  GPA:4.00

2010 Fall Qtr 09/07-11/28

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6295 | Applied Research | 4.00 | 4.00 | 16.00 | A |

TERM: Ahrs:4.00  Ehrs:4.00  GPA-Hrs:4.00  QPts:16.00  GPA:4.00

2010 Winter Qtr 12/06-02/27

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6431 | Finance & Budgt for Pub Sec | 5.00 | 5.00 | 20.00 | A |

TERM: Ahrs:5.00  Ehrs:5.00  GPA-Hrs:5.00  QPts:20.00  GPA:4.00
*************** Institution Information continued ****************

---

2011 Spring Qtr 03/07-05/29

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6451 | Public Policy Analysis | 5.00 | 5.00 | 20.00 | A |

TERM: Ahrs:5.00  Ehrs:5.00  GPA-Hrs:5.00  QPts:20.00  GPA:4.00

2011 Summer Qtr 06/06-08/28

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6382 | Public Policy and Finance | 5.00 | 5.00 | 20.00 | A |

TERM: Ahrs:5.00  Ehrs:5.00  GPA-Hrs:5.00  QPts:20.00  GPA:4.00

2011 Fall Qtr 09/06-11/27

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6380 | Policy and Politics | 5.00 | 5.00 | 20.00 | A |

TERM: Ahrs:5.00  Ehrs:5.00  GPA-Hrs:5.00  QPts:20.00  GPA:4.00

2011 Winter Qtr 12/05-02/26

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6230 | Professional Leadership and Et | 5.00 | 5.00 | 20.00 | A |

TERM: Ahrs:0.00  Ehrs:0.00  GPA-Hrs:0.00  QPts:0.00  GPA:0.00

2012 Summer Qtr 06/04-08/26

| CRSE | CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD R |
|------|------|--------------|------|------|-----|-------|
| MMPA | 6115 | Foundations of Graduate Study | 1.00 | 0.00 | 0.00 | A | E |
| MMPA | 6305 | Masters Capstone Seminar | 5.00 | 5.00 | 20.00 | A |

TERM: Ahrs:6.00  Ehrs:5.00  GPA-Hrs:5.00  QPts:20.00  GPA:4.00

*************** Institution Information continued ****************

RAISED SEAL IS NOT REQUIRED

TRANSCRIPT HAS AN ENCRYPTED NaNOcopy™ BACKGROUND • THE WORD COPY APPEARS WHEN PHOTOCOPIED

TOUCH OR BREATHE ON TOUCHSAFE® FINGERPRINT TO VALIDATE

# Walden University, Office of the Registrar

Academic Offices: 100 Washington Avenue South, Suite 900, Minneapolis, MN 55401 (800) 925-3368
Business Offices: 650 South Exeter Street, Baltimore, MD 21202 (800) 925-3368, Option 2; Fax (410) 843-6416

## Transcript Guide

### Accreditation
Walden University is accredited by The Higher Learning Commission of the North Central Association of Colleges and Schools, 230 South LaSalle St., Suite 7-500, Chicago, Illinois 60604-1411, (312) 263-0456.

### Release of Information
This educational record is subject to the Family Educational Rights and Privacy Act (FERPA) of 1974. It is furnished for official use only and may not be released to or accessed by outside agencies or third parties without the written consent of the student concerned. Students may obtain copies of their academic records through the Office of the Registrar by written request only. All financial obligations to the Walden University must be fulfilled before an official transcript can be issued.

### University Grading System
All grades on the Walden University transcript are on a 4.0 grading system. Satisfactory/Unsatisfactory grades may be limited to the following courses/seminars: Non-Credit, Foundations, Research Sequence, Writing Intensive, Practicum and Internship, Research Forum, Residency, Thesis, Dissertation, and Doctoral study.

Graduate students must earn the equivalent of a "B" or better to be awarded a grade of "S". Undergraduate students must earn the equivalent of a "C" or better to be awarded a grade of "S".

Through August 1996, the Ph.D. Program in Professional Psychology utilized grades of "S", "RC", and "NC" for all courses. After this date, the program adopted the 4.00 letter grade scale outlined below.

Residencies are required components of some graduate programs. Residencies appear as earned hours with one day of Residency reflecting one earned credit.

*Grades below count toward credits attempted:*

| Grades | Definition | | Grade |
|--------|------------|----------|-------|
| | Grad | Undergrad | Points |
| A | | | 4.00 |
| A-† | Superior | Superior | 3.75 |
| B+† | | Above | 3.50 |
| B | Satisfactory | Average | 3.00 |
| B-† | | | 2.75 |
| C+† | | | 2.50 |
| C* | Marginal | Average | 2.50 |
| C | | | 2.00 |
| C-† | | | 1.75†† |
| D+† | | | 1.50†† |
| D | Fail | Marginal | 1.00†† |
| D-† | | | 0.75†† |
| F | Fail | | 0.00 |
| P | Pass | | 0.00 |
| S | Satisfactory | | 0.00 |
| U | Unsatisfactory | | 0.00 |
| W | Withdrawal | | 0.00††† |
| WR | Retroactive Withdrawal | | 0.00 |
| TR | Transfer of Credit | | 0.00 |
| I | Incomplete | | 0.00 |
| NC | No Credit | | 0.00 |
| RC | Research Continuing | | 0.00 |
| CIP | In Progress: Student is in the process of completing a course. | | 0.00 |

*\*Accelerate into Master's indicates the course cannot be used at Master's Level.*
*†Plus/minus grades are used for NTU grading only.*
*††Does not count for credit hours completed at Grad Level.*
*†††Prior to Fall 2007 (Graduate) and prior to Fall 2008 (Undergraduate) did not count toward credits attempted.*

*Notations below do not count toward credits attempted:*

| Notation | Definition |
|----------|------------|
| AU | Audit |
| NP | No Participation |

*Prior to Fall 2006, NP counted toward credits attempted.*

### Course Numbering System:

| | |
|---|---|
| 0001-0999 | Fundamental Level Courses |
| 1000-1999 | Undergraduate Level & Residency Courses |
| 2000-2999 3000-4999 | Undergraduate Level Courses |
| 5000-5999 | Accelerate into Master's Masters Level Courses |
| 6000-6999 | Masters Level Courses |
| 7000-7999 | Specialist Degree Courses |
| 8000-9000 | Doctoral Level Courses |

### Calendar
In September 1995, Walden University began offering coursework in semester credits and quarter hour formats. Prior to September 1995, all coursework was offered in quarter hours. The University calendar offers 4 quarters of study (Fall, Winter, Spring, and Summer) and 3 semesters of study (Fall, Spring, and Summer). *Courses extend beyond the standard term.

### Program GPA
As of June 5, 2009, Walden University began calculating a program GPA for all current students. All courses completed during a student's program apply toward the program GPA. All courses taken in that program apply toward the student's university program GPA. Prior to June 5, 2009, the GPA comprised all courses taken at the student degree level.

### Accelerate into Master's
Accelerated undergraduates courses containing Master's Level content satisfies Bachelor's degree requirements and with a "B" or better can be applied to a Master's program. A grade of a C* can only apply toward a Bachelor's degree.

### Course Repeats
An "E" notation next to a course indicates this course has been repeated and is excluded from the GPA calculations. An "I" notation next to a course indicates this course has been repeated and is included in the GPA calculations.

### Bachelors Renewal Policy
Academic Renewal allows all the courses (including passing grades) for up to two consecutive terms, to be removed from the GPA calculation. The courses are not removed from the academic record; the transcript will reflect the actual courses and grades. Only the GPA will be adjusted.

### Transcripts from Walden University
Walden University maintains multiple student record systems. Transcripts for student records crossing multiple systems may appear in different formats.

### National Technological University
National Technological University (NTU) merged with Walden University in January 2005.

TO TEST FOR AUTHENTICITY: The face of this document has a teal background and the name of the institution appears in print that will change color or density when touched, rubbed or breathed on. Apply liquid bleach to the document. If authentic, the paper will turn color.

CUSTOM STEP & REPEAT • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN UNIVERSITY • WALDEN

Also note this *Safeticity* security paper is watermarked.
Hold up to transit light to verify.
Note the TouchSafe® verification seal.
Note the Registrar's Signature is printed
in an anti-copy ink that will distort or disappear when photocopied.
ADDITIONAL TEST: When photocopied in color or black and white, the word "COPY" appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.
U.S. Security Patents:   5,636,874, 6,396,927, 6,692,030

WWW.ISP-VFT.COM  Ref# 1114795       Made in the USA.



# WALDEN UNIVERSITY

*A higher degree. A higher purpose.*

Patent #5,836,874

## TRANSCRIPT OF ACADEMIC RECORD

**Page:** 3

*TouchSafe®*

**Student ID:** A00067544

**Record of:** Mike Allen
1301 IDA
N/A
WICHITA, KS 67211

**Issued To:** Mike Allen
N/A
1301 S Ida St
Wichita, KS 67211-3418

**Date Issued:** 25-JUL-2013

**Date of Birth:** 13-DEC

**SSN:** ***-**-4411

**Former Names:**

TRANSCRIPT HAS AN ENCRYPTED NaNOcopy™ BACKGROUND · THE WORD COPY APPEARS WHEN PHOTOCOPIED

TOUCH OR BREATHE ON TOUCHSAFE® FINGERPRINT TO VALIDATE

Student Status: Leave of Absence

Program: Doctor of Philosophy PPA
Major: Public Policy and Administrat
Minor: _
Specialization/Conc: Policy Analysis
Program GPA: 2.50
Program Status: In Progress

Degree Received: Master of Public Admin
Date Conferred: 26-AUG-12
Program: Master of Public Admin
Major: Public Administration
Minor: _
Specialization/Conc: Public Policy
Program GPA: 3.71
Program Status: Degree Received

```
*****************  Cumulative Totals  *******************
              Attempted Hrs  Earned Hrs  GPA Hrs  Points   GPA
INSTITUTION      90.00         75.00      75.00   265.00  3.53
TRANSFER          0.00          0.00       0.00     0.00  0.00
OVERALL          90.00         75.00      75.00   265.00  3.53
*****************  End Of Transcript  ******************
```

2012 Winter Qtr 12/03-02/24

| CRSE CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|-----------|--------------|------|------|-----|-----|---|
| PPPA 8111 | Leadership and Org Change | 5.00 | 5.00 | 15.00 | B | |

TERM: Ahrs:5.00  Ehrs:5.00  GPA-Hrs:5.00  QPts:15.00  GPA:3.00

2013 Spring Qtr 03/04-05/26

| CRSE CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|-----------|--------------|------|------|-----|-----|---|
| PPPA 8112 | Governance and Pub Policy | 5.00 | 5.00 | 10.00 | C | |

TERM: Ahrs:5.00  Ehrs:5.00  GPA-Hrs:5.00  QPts:10.00  GPA:2.00

2013 Summer Qtr 06/03-08/25

| CRSE CODE | COURSE TITLE | Ahrs | Ehrs | PTS | GRD | R |
|-----------|--------------|------|------|-----|-----|---|
| RSCH 8100P | Research Theory | 4.00 | 0.00 | 0.00 | W | |

TERM: Ahrs:4.00  Ehrs:0.00  GPA-Hrs:0.00  QPts:0.00  GPA:0.00

*************** Institution Information continued ***************

RAISED SEAL IS NOT REQUIRED

*Eve Dauer*

# Walden University, Office of the Registrar

Academic Offices: 100 Washington Avenue South, Suite 900, Minneapolis, MN 55401 (800) 925-3368

Business Offices: 650 South Exeter Street, Baltimore, MD 21202 (800) 925-3368, Option 2; Fax (410) 843-6416

## Transcript Guide

### Accreditation

Walden University is accredited by The Higher Learning Commission of the North Central Association of Colleges and Schools, 230 South LaSalle St., Suite 7-500, Chicago, Illinois 60604-1411, (312) 263-0456.

### Release of Information

This educational record is subject to the Family Educational Rights and Privacy Act (FERPA) of 1974. It is furnished for official use only and may not be released to or accessed by outside agencies or third parties without the written consent of the student concerned. Students may obtain copies of their academic records through the Office of the Registrar by written request only. All financial obligations to the Walden University must be fulfilled before an official transcript can be issued.

### University Grading System

All grades on the Walden University transcript are on a 4.0 grading system. Satisfactory/Unsatisfactory grades may be limited to the following courses/seminars: Non-Credit, Foundations, Research Sequence, Writing Intensive, Practicum and Internship, Research Forum, Residency, Thesis, Dissertation, and Doctoral study.

Graduate students must earn the equivalent of a "B" or better to be awarded a grade of "S". Undergraduate students must earn the equivalent of a "C" or better to be awarded a grade of "S".

Through August 1996, the Ph.D. Program in Professional Psychology utilized grades of "S", "RC", and "NC" for all courses. After this date, the program adopted the 4.00 letter grade scale outlined below.

Residencies are required components of some graduate programs. Residencies appear as earned hours with one day of Residency reflecting one earned credit.

*Grades below count toward credits attempted:*

| Grades | Definition | | Grade Points |
|--------|------------|--------------|--------------|
| | **Grad** | **Undergrad** | |
| A | Superior | Superior | 4.00 |
| A-† | | | 3.75 |
| B+‡ | Satisfactory | Above Average | 3.50 |
| B | | | 3.00 |
| B-† | | | 2.75 |
| C+‡ | Marginal | Average | 2.50 |
| C* | | | 2.50 |
| C | | | 2.00 |
| C-† | Fail | Marginal | 1.75** |
| D+‡ | | | 1.50** |
| D | | | 1.00** |
| D-† | | | 0.75** |
| F | Fail | | 0.00 |
| P | Pass | | 0.00 |
| S | Satisfactory | | 0.00 |
| U | Unsatisfactory | | 0.00 |
| W | Withdrawal | | 0.00*** |
| WR | Retroactive Withdrawal | | 0.00 |
| TR | Transfer of Credit | | 0.00 |
| I | Incomplete | | 0.00 |
| NC | No Credit | | 0.00 |
| RC | Research Continuing | | 0.00 |
| CIP | In Progress: Student is in the process of completing a course. | | 0.00 |

*\*Accelerate into Master's indicates the course cannot be used at Master's Level.*

*†Plus/minus grades are used for NTU grading only.*

*‡Does not count for credit hours completed at Grad Level.*

*\*\*Does not count for credit hours completed at Grad Level.*

*\*\*\*Prior of Fall 2007 (Graduate) and prior to Fall 2008 (Undergraduate) did not count toward credits attempted.*

*Notations below do not count toward credits attempted:*

| Notation | Definition |
|----------|------------|
| AU | Audit |
| NP | No Participation |

*Prior to Fall 2006, NP counted toward credits attempted.*

### Course Numbering System:

| | |
|---|---|
| 0001-0999 | Fundamental Level Courses |
| 1000-1999 | Undergraduate Level & Residency Courses |
| 2000-2999 3000-4999 | Undergraduate Level Courses |
| 5000-5999 | Accelerate into Master's Masters Level Courses |
| 6000-6999 | Masters Level Courses |
| 7000-7999 | Specialist Degree Courses |
| 8000-9000 | Doctoral Level Courses |

### Calendar

In September 1995, Walden University began offering coursework in semester credits and quarter hour formats. Prior to September 1995, all coursework was offered in quarter hours. The University calendar offers 4 quarters of study (Fall, Winter, Spring, and Summer) and 3 semesters of study (Fall, Spring, and Summer).
*Courses extend beyond the standard term.

### Program GPA

As of June 5, 2009, Walden University began calculating a program GPA for all current students. All courses completed during a student's program apply toward the program GPA. All courses taken in that program apply toward the student's university program GPA. Prior to June 5, 2009, the GPA comprised all courses taken at the student degree level.

### Accelerate into Master's

Accelerated undergraduates courses containing Master's Level content satisfies Bachelor's degree requirements and with a "B" or better can be applied to a Master's program. A grade of a C* can only apply toward a Bachelor's degree.

### Course Repeats

An "E" notation next to a course indicates this course has been repeated and is excluded from the GPA calculations. An "I" notation next to a course indicates this course has been repeated and is included in the GPA calculations.

### Bachelors Renewal Policy

Academic Renewal allows all the courses (including passing grades) for up to two consecutive terms, to be removed from the GPA calculation. The courses are not removed from the academic record; the transcript will reflect the actual courses and grades. Only the GPA will be adjusted.

### Transcripts from Walden University

Walden University maintains multiple student record systems. Transcripts for student records crossing multiple systems may appear in different formats.

### National Technological University

National Technological University (NTU) merged with Walden University in January 2005.

TO TEST FOR AUTHENTICITY: The face of this document has a teal background and the name of the institution appears in print that will change color or density when touched, rubbed or breathed on. Apply liquid bleach to the document. If authentic, the paper will turn color.

CUSTOM STEP & REPEAT • WALDEN UNIVERSITY™ • WALDEN UNIVERSITY™ • WALDEN UNIVERSITY™ • WALDEN UNIVERSITY™ • WALDEN UNIVERSITY™ • WALDEN UNIVERSITY™ • WALDEN UNIVERSITY™ • WALDEN UNIVERSITY™

Also note this Safetmage™ security paper is watermarked.
Hold up to transit light to verify.
Note the TouchSafe® verification seal.
Note the Registrar's Signature is printed in an anti-copy ink that will distort or disappear when photocopied.
ADDITIONAL TEST: When photocopied in color or black and white, the word "COPY" appears prominently across the face of the entire document. ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE! A black and white document is not an original and should not be accepted as an official institutional document. This transcript cannot be released to a third party without the consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974.

U.S. Security Patents:   5,636,874, 6,396,927, 6,692,030

WWW.ISP-VFT.COM Ref# 114071          Made in the USA     PRINTED WITH SOY INK

**Exhibit 10**

```
                    /                           PAGE 01 OF 02
                CHILDREN AND FAMILIES         CASE NUMBER: 01605846
                BOX 1620                      CASELOAD ID: 231321
                WICHITA       KS              MAILING DATE: 05/27/14
                              67201-0000


                MIKE ALLEN
                1301 S IDA
                WICHITA       KS  67211-3418
```

                    REVIEW INTERVIEW NOTICE

DEAR MIKE ALLEN
We received your review application.  In order to process your
application, we need to complete a telephone interview.  We may need
more information from you.  We may also need to give you some
information.

Please call us at 337-7000 #4 on 5/30/14 between the hours of 8 am to
10 am to conduct the interview. It is very important that we complete
an interview.

If you are unable to meet at the above scheduled appointment time you
may come in or call for an interview any time between 8:30 a.m. and
3:30 p.m. Monday through Friday.  Please complete the interview within
7 days of the date on this notice.

It will take at least 30 minutes to complete an interview.

Please have the following information with you at the time of the call
    .

We still need this information to work your application:
    '

You must mail or fax it to the local DCF office by  or we will deny
your application.  Our fax number is .  Our mailing address is .

If you do not complete an interview (either in office or by phone) we
will deny your application or close your case.

If you have questions, call Wichita DCF Office at 337-7000 between the
hours of 8 am to 5 pm.

If this is a long distance call, you may phone us at our toll free
number at 1-888-369-4777.

Other:  .


NOTICE #V302

**RIGHT TO REQUEST A FAIR HEARING** You have the right to ask for a fair hearing if you do not agree with a decision made on your case. **For cash, child care and medical programs**, you must request an appeal in writing within 33 days of the date of this notice. If your written request is received prior to the effective date of the adverse action, you may continue receiving benefits at the current level if you request to do so. **For food assistance**, you may ask for a fair hearing in writing, in person, or by calling your DCF Service Center anytime within 90 days of the date of this notice. If your request is received within 10 days of the date of this notice, your benefits may continue at the current level while waiting for the fair hearing. In addition, you may request a pre-hearing conference to discuss your fair hearing request. This pre-hearing shall in no way delay or replace the fair hearing process. Contact your caseworker if you want a pre-hearing. **For any program**, if you request to continue receiving benefits at the current level while awaiting the fair hearing, you may have to pay back any benefits you receive if the fair hearing decision is not in your favor.

**CIVIL RIGHTS PROVISION** This institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, disability, religion or political beliefs. To file a complaint of discrimination, write USDA, Director, Office of Adjudication, 1400 Independence Ave SW, Washington, D.C. 20250-9410 or call toll free (866) 632-9992 (voice). Individuals who are hearing impaired or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6316 (Spanish).

**PENALTY FOR FRAUD** Persons found guilty of intentionally obtaining benefits for which they are not entitled will be barred from receiving assistance in accordance with program guidelines and may also be subject to a fine or imprisonment or both.

**REPORTING CHANGES** You are required to report changes to DCF/KDHE. We will tell you which changes you are required to report. If you have questions about your reporting requirements, please contact your worker.

**HEALTH INSURANCE** You must report to DCF/KDHE all changes in your health insurance coverage, health insurance coverage available through your employer, and insurance settlements due to accident or injury. You must notify your medical providers of all health insurance, including KanCare or other Medical Assistance, at the time of treatment.

**CASH ASSISTANCE** You may not use your cash benefits to purchase alcohol, tobacco or lottery tickets.

| TOLL FREE NUMBERS: | KanCare - Family Medical | 1-800-792-4884 |
|---|---|---|
| | All other DCF services | 1-888-369-4777 |

**DERECHO A SOLICITAR UNA AUDIENCIA IMPARCIAL** Usted tiene derecho a solicitar una audiencia imparcial si no está de acuerdo con una decisión tomada en su caso. **Para los programas medicos, asistencia para cuidado de niños y de dinero en efectivo**, debe solicitar por escrito una apelación dentro de los 33 días posteriores a la fecha del presente aviso. Si su solicitud por escrito es recibida antes de la fecha efectiva de la acción adversa, si así lo requiere puede continuar recibiendo beneficios al nivel actual. **Para cupones de alimentos**, puede solicitar una audiencia imparcial por escrito, en persona o llamando a su centro de servicios de DCF en cualquier momento dentro de los 90 días posteriores a la fecha del presente aviso. Si se recibe su solicitud dentro de los 10 días posteriores a la fecha del presente aviso, sus beneficios pueden continuar en el nivel actual mientras espera la realización de la audiencia imparcial. Además, usted puede solicitar una conferencia previa a la audiencia para discutir su solicitud de audiencia justa. Esta reunión previa a la audiencia no debe de ninguna manera demorar ni reemplazar el proceso de audiencia justa. Comuníquese con su trabajador de caso si usted desea una reunión previa a la audiencia. **Para cualquier programa**, si solicita continuar recibiendo beneficios al nivel actual mientras espera la realización de la audiencia imparcial, puede que deba devolver los beneficios recibidos en caso de que la decisión de la audiencia imparcial no le resulte favorable.

**CLÁUSULA DE DERECHOS CIVILES** .    Esta institución tiene prohibido discriminar en base a raza, color, nacionalidad, sexo, edad, discapacidad, religión o preferencia política. Para presentar un reclamo por discriminación, escriba al Departamento de Agricultura de Los Estados Unidos (USDA), Director, Oficina de Derechos Civiles, 1400 Independence Ave SW, Washington, D.C. 20250-9410 o llame al número gratuito (866) 632-9992 (voz). Las personas que tienen una discapacidad auditiva o del habla pueden comunicarse con USDA mediante el Servicio Federal de Retransmisión al (800) 877-8339; o (800) 845-6316 (Español).

**PENALIDADES POR FRAUDE** Las personas culpables de obtener de forma intencional beneficios a los cuales no tienen derecho quedarán excluidas de recibir asistencia, de conformidad con los lineamientos del programa; podrán también ser condenadas al pago de multas, prisión o ambas.

**INFORMACIÓN DE CAMBIOS** Deberá informar los cambios a DCF/KDHE. Le informaremos cuáles son los cambios que debe informar. Si tiene alguna consulta respecto a los requisitos de información, póngase en contacto con su trabajador(a) de caso.

**SEGURO DE SALUD** Deberá informar a DCF/KDHE todo cambio en su cobertura de seguro de salud, en la cobertura de seguro disponible a través de su empleador, y todo pago de seguro debido a un accidente o lesión. En el momento del tratamiento, deberá notificar a sus proveedores de servicios médicos todo seguro de salud, incluido Asistencia Médica.

**ASISTENCIA EN EFECTIVO** Usted no puede utilizar sus beneficios en efectivo para comprar alcohol, tabaco, o boletos de lotería.

| NÚMEROS PARA LLAMADA GRATUITA: | KanCare – Familia Médica | 1-800-792-4884 |
|---|---|---|
| | Demás servicios DCF | 1-888-369-4777 |

```
                                              PAGE 02 OF 02
                           CASE NUMBER: 01605846
                           CASELOAD ID: 231321
                           MAILING DATE: 05/27/14


____

___
___
       MIKE ALLEN


       REVIEW INTERVIEW NOTICE
```

NOTICE #V302                OPEN FILES WICHITA                OASG

For help in understanding this notice, please contact your worker.
**Para recibir ayuda en entender este aviso, por favor llame a su trabajador(a).**

**RIGHT TO REQUEST A FAIR HEARING** You have the right to ask for a fair hearing if you do not agree with a decision made on your case. **For cash, child care and medical programs**, you must request an appeal in writing within 33 days of the date of this notice. If your written request is received prior to the effective date of the adverse action, you may continue receiving benefits at the current level if you request to do so. **For food assistance**, you may ask for a fair hearing in writing, in person, or by calling your DCF Service Center anytime within 90 days of the date of this notice. If your request is received within 10 days of the date of this notice, your benefits may continue at the current level while waiting for the fair hearing. In addition, you may request a pre-hearing conference to discuss your fair hearing request. This pre-hearing shall in no way delay or replace the fair hearing process. Contact your caseworker if you want a pre-hearing. **For any program**, if you request to continue receiving benefits at the current level while awaiting the fair hearing, you may have to pay back any benefits you receive if the fair hearing decision is not in your favor.

**CIVIL RIGHTS PROVISION** This institution is prohibited from discriminating on the basis of race, color, national origin, sex, age, disability, religion or political beliefs. To file a complaint of discrimination, write USDA, Director, Office of Adjudication, 1400 Independence Ave SW, Washington, D.C. 20250-9410 or call toll free (866) 632-9992 (voice). Individuals who are hearing impaired or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339 or (800) 845-6316 (Spanish).

**PENALTY FOR FRAUD** Persons found guilty of intentionally obtaining benefits for which they are not entitled will be barred from receiving assistance in accordance with program guidelines and may also be subject to a fine or imprisonment or both.

**REPORTING CHANGES** You are required to report changes to DCF/KDHE. We will tell you which changes you are required to report. If you have questions about your reporting requirements, please contact your worker.

**HEALTH INSURANCE** You must report to DCF/KDHE all changes in your health insurance coverage, health insurance coverage available through your employer, and insurance settlements due to accident or injury. You must notify your medical providers of all health insurance, including KanCare or other Medical Assistance, at the time of treatment.

**CASH ASSISTANCE** You may not use your cash benefits to purchase alcohol, tobacco or lottery tickets.

| TOLL FREE NUMBERS: | KanCare - Family Medical | 1-800-792-4884 |
| --- | --- | --- |
| | All other DCF services | 1-888-369-4777 |

**DERECHO A SOLICITAR UNA AUDIENCIA IMPARCIAL** Usted tiene derecho a solicitar una audiencia imparcial si no está de acuerdo con una decisión tomada en su caso. **Para los programas medicos, asistencia para cuidado de niños y de dinero en efectivo**, debe solicitar por escrito una apelación dentro de los 33 días posteriores a la fecha del presente aviso. Si su solicitud por escrito es recibida antes de la fecha efectiva de la acción adversa, si así lo requiere puede continuar recibiendo beneficios al nivel actual. **Para cupones de alimentos**, puede solicitar una audiencia imparcial por escrito, en persona o llamando a su centro de servicios de DCF en cualquier momento dentro de los 90 días posteriores a la fecha del presente aviso. Si se recibe su solicitud dentro de los 10 días posteriores a la fecha del presente aviso, sus beneficios pueden continuar en el nivel actual mientras espera la realización de la audiencia imparcial. Además, usted puede solicitar una conferencia previa a la audiencia para discutir su solicitud de audiencia justa. Esta reunión previa a la audiencia no debe de ninguna manera demorar ni reemplazar el proceso de audiencia justa. Comuníquese con su trabajador de caso si usted desea una reunión previa a la audiencia. **Para cualquier programa**, si solicita continuar recibiendo beneficios al nivel actual mientras espera la realización de la audiencia imparcial, puede que deba devolver los beneficios recibidos en caso de que la decisión de la audiencia imparcial no le resulte favorable.

**CLÁUSULA DE DERECHOS CIVILES** .     Esta institución tiene prohibido discriminar en base a raza, color, nacionalidad, sexo, edad, discapacidad, religión o preferencia política. Para presentar un reclamo por discriminación, escriba al Departamento de Agricultura de Los Estados Unidos  (USDA), Director, Oficina de Derechos Civiles, 1400 Independence Ave SW, Washington, D.C. 20250-9410 o llame al número gratuito (866) 632-9992 (voz). Las personas que tienen una discapacidad auditiva o del habla pueden comunicarse con USDA mediante el Servicio Federal de Retransmisión al (800) 877-8339; o (800) 845-6316 (Español).

**PENALIDADES POR FRAUDE** Las personas culpables de obtener de forma intencional beneficios a los cuales no tienen derecho quedarán excluidas de recibir asistencia, de conformidad con los lineamientos del programa; podrán también ser condenadas al pago de multas, prisión o ambas.

**INFORMACIÓN DE CAMBIOS** Deberá informar los cambios a DCF/KDHE. Le informaremos cuáles son los cambios que debe informar. Si tiene alguna consulta respecto a los requisitos de información, póngase en contacto con su trabajador(a) de caso.

**SEGURO DE SALUD** Deberá informar a DCF/KDHE todo cambio en su cobertura de seguro de salud, en la cobertura de seguro disponible a través de su empleador, y todo pago de seguro debido a un accidente o lesión.  En el momento del tratamiento, deberá notificar a sus proveedores de servicios médicos todo seguro de salud, incluido Asistencia Médica.

**ASISTENCIA EN EFECTIVO** Usted no puede utilizar sus beneficios en efectivo para comprar alcohol, tabaco, o boletos de lotería.

| NÚMEROS PARA LLAMADA GRATUITA: | KanCare – Familia Médica | 1-800-792-4884 |
| --- | --- | --- |
| | Demás servicios DCF | 1-888-369-4777 |

**Exhibit 11**



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

500 WEST MADISON ST., SUITE 1475
CHICAGO, IL 60661-4544

REGION V
ILLINOIS
INDIANA
IOWA
MINNESOTA
NORTH DAKOTA
WISCONSIN

May 29, 2014

Mr. Mike Allen
1301 S. Ida
Wichita, Kansas 67211

OCR Docket #05-14-2368

Dear Mr. Allen:

This is to notify you that the U.S. Department of Education (Department), Office for Civil Rights (OCR), has carefully evaluated the referenced complaint you filed with OCR on April 17, 2014, against Walden University (University) alleging discrimination based upon national origin. We conducted our evaluation in accordance with OCR's *Case Processing Manual* to determine whether to open the complaint for investigation. OCR has determined that we have the authority to investigate this complaint.

Specifically, the complaint alleges that the University discriminated against you, a Syrian American student (Student A), based upon national origin when, during the spring 2014 semester, the University graded you unfairly and academically dismissed you from a Ph. D program.

OCR is responsible for enforcing Title VI of the Civil Rights Act of 1964 (Title VI), 42 U.S.C. § 2000d, and its implementing regulation, 34 C.F.R. Part 100, which prohibit discrimination on the basis of race, color, or national origin by recipients of Federal financial assistance (FFA).

As a recipient of Federal financial assistance from the Department, the University is subject to these laws. Additional information about the laws that OCR enforces is available on our website at http://www.ed.gov/ocr.

Because OCR has determined that it has jurisdiction and that the complaint was filed timely, it is opening the allegation for investigation. Please note that opening the allegation for investigation in no way implies that OCR has made a determination with regard to its merits. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegation, in accordance with the provisions of Article III of the *Case Processing Manual.*

OCR offers, when appropriate, an Early Complaint Resolution (ECR) process to facilitate the voluntary resolution of complaints by providing an early opportunity for the parties involved

The Department of Education's mission is to promote student achievement and preparation for global competitiveness
by fostering educational excellence and ensuring equal access.

Page 2 –Mr. Mike Allen
OCR Docket # 05-14-2368

to resolve the allegation(s).  Some information about the ECR process is in the enclosure to this letter.

In addition, when appropriate, a complaint may be resolved before the conclusion of an investigation after the recipient expresses an interest to OCR to resolve the complaint.  In such cases, a resolution agreement signed by the recipient and submitted to OCR must be aligned with the complaint allegations or the information obtained during the investigation and it must be consistent with applicable regulations.  Information about this is in the enclosure to this letter.

Please read the enclosed document entitled "OCR Complaint Processing Procedures," which includes information about:

- OCR's complaint processing procedures, including the availability of ECR;
- Regulatory prohibitions against retaliation and intimidation of persons who file complaints with OCR or participate in an OCR investigation; and
- Application of the Freedom of Information Act and the Privacy Act to OCR investigations.

OCR is committed to prompt and effective service.  If you are interested in resolving the complaint through OCR's ECR process or have any questions, please contact Camille D. Lee, Civil Rights Attorney at 312-730-1561 or Camille.Lee@ed.gov.

Sincerely,

Ann Cook-Graver
Supervisory Attorney

Enclosure

## OCR COMPLAINT PROCESSING PROCEDURES

### LAWS ENFORCED BY OCR

OCR enforces the following laws:

- Title VI of the Civil Rights Act of 1964, which prohibits discrimination on the basis of race, color or national origin;
- Title IX of the Education Amendments of 1972, which prohibits discrimination on the basis of sex;
- Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination on the basis of disability;
- Age Discrimination Act of 1975, which prohibits discrimination on the basis of age;
- Title II of the Americans with Disabilities Act of 1990, which prohibits discrimination on the basis of disability;
- Boy Scouts of America Equal Access Act, part of the No Child Left Behind Act of 2001, which prohibits denial of access to or other discrimination against the Boy Scouts or other Title 36 U.S.C. youth groups in public elementary schools, public secondary schools, local education agencies, and state education agencies that have a designated open forum or limited public forum.

### EVALUATION OF THE COMPLAINT

OCR evaluates each complaint that it receives in order to determine whether it can investigate the complaint. OCR makes this determination with respect to each allegation in the complaint. For example, OCR must determine whether OCR has legal authority to investigate the complaint; that is, whether the complaint alleges a violation of one or more of the laws OCR enforces. OCR must also determine whether the complaint is filed on time. Generally, a complaint must be filed with OCR within 180 calendar days of the last act that the complainant believes was discriminatory.[1] If the complaint is not filed on time, the complainant should provide the reason for the delay and request a waiver of this filing requirement. OCR will decide whether to grant the waiver. In addition, OCR will determine whether the complaint contains enough information about the alleged discrimination to proceed to investigation. If OCR needs more information in order to clarify the complaint, it will contact the complainant; the complainant has 20 calendar days within which to respond to OCR's request for information.

OCR will dismiss a complaint if OCR determines that:

- OCR does not have legal authority to investigate the complaint;
- The complaint fails to state a violation of one of the laws OCR enforces;

---

[1] Complaints that allege discrimination based on age are timely if filed with OCR within 180 calendar days of the date the complainant first knew about the alleged discrimination.

December 2012

Page 2 – OCR Complaint Processing Procedures

- The complaint was not filed timely and that a waiver will not be granted;
- The complaint is unclear or incomplete and the complainant does not provide the information that OCR requests within 20 calendar days of OCR's request;
- The allegations raised by the complaint have been resolved;
- The complaint has been investigated by another Federal, state, or local civil rights agency or through a recipient's internal grievance procedures, including due process proceedings, and the resolution meets OCR regulatory standards or, if still pending, OCR anticipates that there will be a comparable resolution process under comparable legal standards;
- The same allegations have been filed by the complainant against the same recipient in state or Federal court;
- The allegations are foreclosed by previous decisions of the Federal courts, the U.S. Secretary of Education, the U.S. Department of Education's Civil Rights Reviewing Authority, or OCR policy determinations.

## OPENING THE COMPLAINT FOR INVESTIGATION

If OCR determines that it will investigate the complaint, it will issue letters of notification to the complainant and the recipient. Opening a complaint for investigation in no way implies that OCR has made a determination with regard to the merits of the complaint. During the investigation, OCR is a neutral fact-finder. OCR will collect and analyze relevant evidence from the complainant, the recipient, and other sources as appropriate. OCR will ensure that investigations are legally sufficient and are dispositive of the allegations raised in the complaint.

## INVESTIGATION OF THE COMPLAINT

OCR may use a variety of fact-finding techniques in its investigation of a complaint. These techniques may include reviewing documentary evidence submitted by both parties, conducting interviews with the complainant, recipient's personnel, and other witnesses, and/or site visits. At the conclusion of its investigation, OCR will determine with regard to each allegation that:

- There is insufficient evidence to support a conclusion that the recipient failed to comply with the law, or

- A preponderance of the evidence supports a conclusion that the recipient failed to comply with the law.

OCR's determination will be explained in a letter of findings sent to the complainant and recipient. Letters of findings issued by OCR address individual OCR cases. Letters of findings contain fact-specific investigative findings and dispositions of individual cases. Letters of findings are not formal statements of OCR policy and they should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public.

## RESOLUTION OF THE COMPLAINT AFTER A DETERMINATION OF NONCOMPLIANCE

If OCR determines that a recipient failed to comply with one of the civil rights laws that OCR enforces, OCR will contact the recipient and will attempt to secure the recipient's willingness to negotiate a voluntary resolution agreement. If the recipient agrees to resolve the complaint, the recipient will negotiate and sign a written resolution agreement that describes the specific remedial actions that the recipient will undertake to address the area(s) of noncompliance identified by OCR. The terms of the resolution agreement, if fully performed, will remedy the identified violation(s) in compliance with applicable civil rights laws. OCR will monitor the recipient's implementation of the terms of the resolution agreement to verify that the remedial actions agreed to by the recipient have been implemented consistent with the terms of the agreement and that the area(s) of noncompliance identified were resolved consistent with applicable civil rights laws.

If the recipient refuses to negotiate a voluntary resolution agreement or does not immediately indicate its willingness to negotiate, OCR will inform the recipient that it has 30 days to indicate its willingness to engage in negotiations to voluntarily resolve identified areas of noncompliance, or OCR will issue a Letter of Finding to the parties providing a factual and legal basis for a finding noncompliance.

If, after the issuance of the Letter of Finding of noncompliance, the recipient continues to refuse to negotiate a resolution agreement with OCR, OCR will issue a Letter of Impending Enforcement Action and will again attempt to obtain voluntary compliance. If the recipient remains unwilling to negotiate an agreement, OCR will either initiate administrative enforcement proceedings to suspend, terminate, or refuse to grant or continue Federal financial assistance to the recipient, or will refer the case to the Department of Justice. OCR may also move immediately to defer any new or additional Federal financial assistance to the institution.

## RESOLUTION OF THE COMPLAINT PRIOR TO THE CONCLUSION OF THE INVESTIGATION

### Early Complaint Resolution (ECR):

Early Complaint Resolution allows the parties (the complainant and the institution which is the subject of the complaint) an opportunity to resolve the complaint allegations quickly; generally, soon after the complaint has been opened for investigation. If both parties are willing to try this approach, and if OCR determines that Early Complaint Resolution is appropriate, OCR will facilitate settlement discussions between the parties and work with the parties to help them understand the legal standards and possible remedies. To the extent possible, staff assigned by OCR to facilitate the Early Complaint Resolution process will not be the staff assigned to the investigation of the complaint. OCR does not approve, sign or endorse any agreement reached between the parties as a result of Early Complaint Resolution, and OCR does not monitor the agreement. However, if the recipient institution does not comply with the terms of the agreement,

Page 4 – OCR Complaint Processing Procedures

the complainant may file another complaint with OCR within 180 days of the date of the original discrimination or within 60 days of the date the complainant learns of the failure to comply with the agreement, whichever date is later.

### Resolution of the Complaint Prior To the Conclusion of an Investigation

A complaint may also be resolved before the conclusion of an investigation, if the recipient expresses an interest in resolving the complaint. If OCR determines that resolution of the complaint before the conclusion of an investigation is appropriate, OCR will attempt to negotiate an agreement with the recipient. OCR will notify the complainant of the recipient's request and will keep the complainant informed throughout all stages of the resolution process. The provisions of the resolution agreement that is reached must be aligned with the complaint allegations and the information obtained during the investigation, and must be consistent with applicable regulations. A resolution agreement reached before the conclusion of an investigation will be monitored by OCR.

### APPEAL OF OCR'S DETERMINATIONS

OCR is committed to a high quality resolution of every case. OCR affords an opportunity to the complainant to submit an appeal of OCR's dismissal or administrative closure of a complaint or letter finding insufficient evidence of a violation. The appeal process provides an opportunity for complainants to bring information to OCR's attention that would change OCR's decision. The appeal process will not be a *de novo* review of OCR's decision.

If the complainant disagrees with OCR's decision, he or she may send a written appeal to the Director of the Enforcement Office (Office Director) that issued the determination. If the complainant has documentation to support the appeal, the documentation must be submitted with the complainant's appeal. In an appeal, the complainant must explain why he or she believes the factual information was incomplete, the analysis of the facts was incorrect, and/or the appropriate legal standard was not applied, *and* how this would change OCR's determination in the case. Failure to do so may result in the denial of the appeal.

In order to be timely, an appeal (including any supporting documentation) must be submitted within 60 days of the date of the determination letter. The Office Director may exercise discretion in granting a waiver of the 60-day timeframe where:

1. the complainant was unable to submit the appeal within the 60-day timeframe because of illness or other incapacitating circumstances and the appeal was filed within 30 days after the period of illness or incapacitation ended; or
2. unique circumstances generated by agency action have adversely affected the complainant.

A written response to an appeal will be issued as promptly as possible. The decision of the Office Director constitutes the agency's final decision. The decision will inform the

Page 5 – OCR Complaint Processing Procedures

complainant that he or she "may have the right to file a private suit in federal court whether or not OCR finds a violation."

## ADDITIONAL INFORMATION

### Right to File a Separate Court Action

The complainant may have the right to file suit in Federal court, regardless of OCR's findings. OCR does not represent the complainant in case processing, so if the complainant wishes to file a court action, he or she must do so through his or her own attorney or on his or her own through the court's pro se clerk's office.

If a complainant alleges discrimination prohibited by the Age Discrimination Act of 1975, a civil action in Federal court can be filed only after the complainant has exhausted administrative remedies. Administrative remedies are exhausted when either of the following has occurred:

1. 180 days have elapsed since the complainant filed the complaint with OCR and OCR has made no finding; or
2. OCR issues a finding in favor of the recipient. If this occurs, OCR will promptly notify the complainant and will provide additional information about the right to file for injunctive relief.

### Prohibition against Intimidation or Retaliation

An institution under the jurisdiction of the Department of Education may not intimidate, threaten, coerce, or retaliate against anyone who asserts a right protected by the civil rights laws that OCR enforces, or who cooperates in an investigation. Anyone who believes that he or she has been intimidated or retaliated against should file a complaint with OCR.

### Investigatory Use of Personal Information

In order to investigate a complaint, OCR may need to collect and analyze personal information such as student records or employment records. No law requires anyone to give personal information to OCR and no formal sanctions will be imposed on complainants or other persons who do not cooperate in providing information during the complaint investigation or resolution process. However, if OCR is unable to obtain the information necessary to investigate a complaint, we may have to close the complaint.

The Privacy Act of 1974, 5 U.S.C. § 552a, and the Freedom of Information Act (FOIA), 5 U.S.C. § 552, govern the use of personal information that is submitted to all Federal agencies and their individual components, including OCR. The Privacy Act of 1974 protects individuals from the misuse of personal information held by the Federal government. It applies to records that are maintained by the government that are retrieved by the individual's name, social security number, or other personal identifier.

Page 6 – OCR Complaint Processing Procedures

It regulates the collection, maintenance, use and dissemination of certain personal information in the files of Federal agencies.

The information that OCR collects is analyzed by authorized personnel within the agency and will be used only for authorized civil rights compliance and enforcement activities. However, in order to investigate or resolve a complaint, OCR may need to reveal certain information to persons outside the agency to verify facts or gather additional information. Such details could include the age or physical condition of a complainant. Also, OCR may be required to reveal information requested under FOIA, which gives the public the right of access to records of Federal agencies. OCR will not release any information to any other agency or individual except in the one of the 11 instances defined in the Department's regulation at 34 C.F.R. § 5b.9(b).

OCR does not reveal the name or other identifying information about an individual unless it is necessary for completion of an investigation or for enforcement activities against an institution that violates the laws, or unless such information is required to be disclosed under the FOIA or the Privacy Act. OCR will keep the identity of complainants confidential except to the extent necessary to carry out the purposes of the civil rights laws, or unless disclosure is required under the FOIA, the Privacy Act or otherwise by law.

FOIA gives the public the right of access to records and files of Federal agencies. Individuals may obtain items from many categories of records of the Federal government, not just materials that apply to them personally. OCR must honor requests for records under FOIA, with some exceptions. Generally, OCR is not required to release documents during the case evaluation and investigation process or enforcement proceedings, if the release could affect the ability of OCR to do its job. 5 U.S.C. § 552(b)(7)(A). Also, a Federal agency may refuse a request for records if their release would result in an unwarranted invasion of privacy of an individual. 5 U.S.C. § 552(b)(6) and (7)(C). Also, a request for other records, such as medical records, may be denied where disclosure would be a clearly unwarranted invasion of privacy

**EXHIBIT 5**

1

# WALDEN UNIVERSITY

*A higher degree. A higher purpose.*

**Program of Study Form**

**PhD Public Policy and Administration**

Based on the information that you provided, the following credits may be transferred into your program at Walden University. This information is **unofficial** until all official transcript(s), international evaluation, and course description or syllabus is received. Academic changes in the program you are considering may also influence the final review.  For the most updated information once you start your program, please refer to your degree audit located on your student portal.

| Name:   Mike Allen | Student ID Number:   A00067544 | Enrollment Date:   12/03/12 |
|---|---|---|
| Program: PhD Public Policy and Administration, Course-Based | Specialization: Policy Analysis | |

Transfer of Credit Maximum:   15 Quarter Credits

| | Course Number | Course Title | Credit Hours | Transfer Course |
|---|---|---|---|---|
| Core Courses  55 credits | PPPA 8000 | Foundations of Doctoral Study | 1 | MMPA 6115 |
| | PPPA 8111 | Leadership and Organizational Change | 5 | NOT TRANSFERABLE |
| | PPPA 8431 | Finance and Budgeting for the Public Sector | 5 | MPA ARTICULATION |
| | PPPA 8465 | Strategic Planning: Collaboration, Cooperation, and Coordination | 5 | MPA ARTICULATION |
| | PPPA 8405 | Ethics and Social Justice | 5 | MPA ARTICULATION |
| | PPPA 8115 | Writing a Quality Prospectus | 5 | NOT TRANSFERABLE |
| | PPPA 8112 | Governance and Public Policy | 5 | NOT TRANSFERABLE |
| | RSCH 8250 or RSCH 8350 or RSCH 8450 | Advanced Quantitative Reasoning and Analysis OR Advanced Qualitative Reasoning and Analysis OR Advanced Mixed Methods Reasoning and Analysis | 4 | NOT TRANSFERABLE |

2

| | | | | | |
|---|---|---|---|---|---|
| | PPPA 9000 | Dissertation | 20 | NOT TRANSFERABLE | |
| Specialization Courses 15 Credits | PPPA 8380 | Policy and Politics in American Political Institutions | 5 | MMPA 6380 | |
| | PPPA 8381 | Public Policy and Evaluation | 5 | MMPA 6381 | |
| | PPPA 8382 | Public Policy and Finance | 5 | MMPA 6382 | |
| Foundation Research Sequence | RSCH 8100P | Research Theory, Design and Methods | 4 | NOT TRANSFERABLE | |
| | RSCH 8200P | Quantitative Reasoning and Analysis | 4 | NOT TRANSFERABLE | |
| | RSCH 8300P | Qualitative Reasoning and Analysis | 4 | NOT TRANSFERABLE | |
| | | | | Total Credits: | 82 |

Walden University Academic Residencies: Please refer to your degree audit for complete information.

| Transfer Courses | | | | | |
|---|---|---|---|---|---|
| Course Number | Course Title | Institution | | Grade | Credits |
| | | PREV WALDEN COURSEWORK | | | 31 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Official transcripts are required to award Transfer of Credit. We are in receipt of your official transcripts.

| Admissions Specialist Signature: | Barbara Smith | Date: | 09/19/12 |
|---|---|---|---|