(Rev. 9/16/13)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas
JUL 23 2014
Clerk, U.S. District Court
By_____ Deputy Clerk

Mike Allen_____,

Plaintiff(s),

v.                                                       Case No. 14-CV-1097

Walden University_____,

Defendant(s).

## Motion to Dismiss

A reinstatement in the program was made by Walden University, and such development satisfied the purpose of this case prior to going to trial; therefore, I ask the court to dismiss this case.

Dated ____July 23, 2014__, at _____1200 P.M.____, Kansas.

Mike Allen.

*[signature]*

**Student Affairs**

To Allenmik@Yahoo.com

Jul 17 at 12:51 PM

Dear Mike Allen,

This correspondence confirms the change in your grade in PPPA 8112 from C to B. Included below is a transcript for your records. With this change, you have now met the academic progress requirement of at least a 3.0 GPA and have been reinstated into Walden University for the 2014 Fall Term. Should you require more than 8 years from when you began the PHD in Public Policy program to complete your doctoral program, please notify academic advising and you will be automatically granted two additional terms beyond the 8 year deadline to complete the degree.

Please contact academic advising to register for your 2014 Fall Term course(s).

Best,

Gina Dyson

Director, Student Affairs

***********************

Student Affairs

Walden University

studentaffairs@waldenu.edu

www.waldenu.edu