# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MIKE ALLEN,

           *Plaintiff*,

vs.                                                  Case No. 14-1097-EFM-KGG

WALDEN UNIVERSITY, *et al.*,

           *Defendants.*

## ORDER TO DISMISS

The above case comes on for consideration of Plaintiff's Motion to Dismiss filed July 23, 2014 (Doc. 8).

Upon review of the Motion and being fully advised of the matter, the Court GRANTS Plaintiff's motion.

**IT IS THEREFORE ORDERED** that pursuant to Plaintiff's Motion to Dismiss (Doc. 8), all claims against all parties of record shall be and are hereby dismissed without prejudice each party to bear their own costs.

**IT IS SO ORDERED**.

Dated this 29th day of July, 2014.

                                                   ERIC F. MELGREN
                                                   UNITED STATES DISTRICT JUDGE